# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: *BERHMAN SHEIDAY* Att'y Name (if applicable): _____

Street Address: *990 S LALIAN L* Atty Bar No. (if applicable): _____

*ANAHEIM 92808* Atty Fax No. (if applicable): _____

Filer's Telephone No.: *714-488-8880*

| In re: | Case No.: *8.09 bK-17528-ES* |
|---|---|
| *BERHMAN SHEIDAY* | Chapter 7 *X*  ___ 11 ___ 13 ___ |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?      Yes _____      No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____ B ____ C ____ D ____ E ____ F /X___ G ____ H ____ I ____ J ____

Statement of Social Security Number(s) ____      Statement of Financial Affairs ____

Statement of Intention ____      Other ____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, *BERHAN SHEIDAY* the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: *2-9-10* _____

_____
*Debtor Signature*

_____
*Co-Debtor Signature*

**FOR COURT USE ONLY**

FILED

FEB 09 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

*SEE REVERSE SIDE**

Form B6F (Official Form 6F) - (Rev. 12/07)                                      2007 USBC, Central District of California

In re _BERHMAN SHEIDAY,_                          Case No.: _09 bK 17528_
                                         Debtor.                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _4253_ _ROBERT WEISSMAN_ | | | _AUGUST 4-09_ | | | | _$85,441.32_ |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |

Sheet no. ____ of ____ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ► $ _85,441.82_

**PROOF OF SERVICE**

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: 2-8-2010

BERHMAN SHEIDAY,
Print or Type Name

Signature

(SEE ATTACHED MAILING LIST.)

Robert WEISSMAN
WEISSMAN & WEISSMAN
2660 Townsgate RD Suit 350
West Lake Village CA 91361-2714

&

Feroz Rahman
1000 Hourglass Pl
Diamond Bar CA 91765

OFFICE of The U.S. TRUSTEE

411 WEST FOUTH STREET

Suite 9041

SANTA ANA   CA 92701-8000

714-338-3400


KAREN S. NAYLOR

Public 949-262-1748

P.O. BOX 504

SANTA ANA   CA 92702-0504