# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: BERHMAN SHEIDAYI

Street Address: 990 S. LADAN LN
ANAHEIM CA, (@ 92808

Filer's Telephone No.: 714-488-8880

Atty Name (if applicable): ____

CA Bar No. (if applicable): ____

Atty Fax No. (if applicable): ____

**FILED**
FEB 16 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ____ Deputy Clerk

In re: BERHMAN SHEIDAYI

Case No.: 8:09-bk17528

Chapter 7 _X_  11 ___  13 ___

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ____    No ____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ___  B ___  C ___  D ___  E ___  F _X_  G ___  H ___  I _X_  J ___

Statement of Social Security Number(s) ____    Statement of Financial Affairs ____

Statement of Intention ____    Other ____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, BERHMAN SHEIDAYI, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: )@ 02-16-10

_Debtor Signature_ [signed]

**FOR COURT USE ONLY**

_Co-Debtor Signature_

*SEE REVERSE SIDE**

B-1008 Revised November 2003

Form B6F (Official Form 6F) - (Rev. 12/07)    2007 USBC, Central District of California

In re

BERHMAN  SHEIDAYI                                    Debtor.    Case No.: 8-09bk17528    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 3718 <br><br> A.EDWARD EZOR,ESQ,SBN <br><br> Last four digits of ACCOUNT NO. 3718 | | | FEB 01-2010 <br><br> EDDIE AVAKIAN ARTINE SAFARIAN | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |

Subtotal ▶  $

_____ Continuation Sheets attached

Total
(Use only on last page of the completed Schedule F.) ▶  $
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Office Of The U.S. Trust

411 West Fourth Street

Suite 9041

Santa Ana , Ca 92701-8000


Karen S. Naylor ESQ.

P.O. Box 504

Santa Ana Ca, 92702-0504

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: __02-16-10__    __berhman sheidayi__
Print or Type Name

_[signature]_
Signature

(SEE ATTACHED MAILING LIST.)

A. EDWARD EZOR, ESG, SBN    50469
DENNIS V. GREEN, ESQ. SBN 117833
201 SOUTH LAKE AVENUE    SUITE 505
PASADENA CA, 91101
TEL: 626568-8098    FAX  626-568-8475

ATT: EDDIE AVAKIAN, ARTNE    SAFARIAN