B18 (Official Form 18)(12/07)

# United States Bankruptcy Court
## Central District Of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

## <u>DISCHARGE OF DEBTOR</u>

**DEBTOR INFORMATION:**              **BANKRUPTCY NO.** 8:09–bk–17528–ES
Berhman Sheidayi

                                     **CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–6812
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 4/12/10


**Address:**
990 S. Ladan lane
Anaheim, CA 92808

---

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).




BY THE COURT,


Dated: April 12, 2010                    **Kathleen J. Campbell**
                                         Clerk of the Court



**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last
four digits of both social–security numbers or individual taxpayer–identification numbers.*



(Form b18–DIS Rev. 03/09) VAN–30

30 – 2 / MWI

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

- a. Debts for most taxes;

- b. Debts incurred to pay nondischargeable taxes;

- c. Debts that are domestic support obligations;

- d. Debts for most student loans;

- e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

- g. Some debts which were not properly listed by the debtor;

- h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

- i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

- j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

District/off: 0973-8              User: mwangC                Page 1 of 2              Date Rcvd: Apr 12, 2010
Case: 09-17528                   Form ID: b18                Total Noticed: 43

The following entities were noticed by first class mail on Apr 14, 2010.
```
db          +Berhman Sheidayi,    990 S. Ladan lane,   Anaheim, CA 92808-2313
aty         +Felicita Vu Ngo,    Attorney At Law,    3105 Guasti Rd,   Ontario, CA 91761-8640
aty         +Kevin Hahn,    2112 Business Center Dr 2nd Fl,   Irvine, CA 92612-7135
aty         +Nicolas A Daluiso,    705 Second Ave Ste 1700,   Seattle, WA 98104-1795
tr           Karen S Naylor,    P.O. Box 504,   Santa Ana, CA  92702-0504
smg          Employment Development Dept.,    Bankruptcy Group MIC 92E,   P.O. Box 826880,
             Sacramento, CA  94280-0001
ust         +United States Trustee (SA),    411 W Fourth St., Suite 9041,   Santa Ana, CA 92701-8000
cr          +Wells Fargo Bank, N.A. Successor by Merger to Well,   Malcolm Cisneros,   A Law Corporation,
             2112 Business Center Dr.,   Second Floor,   Irvine, CA 92612-7135
25707265    +A. Edward Ezor, ESG,    Dennis V. Green, ESQ,   201 South Lake Ave Ste 505,
             Pasadena, CA 91101-3092
24246052    ++APPLIED BANK,    PO BOX 15809,   WILMINGTON DE 19850-5809
             (address filed with court:  Applied Bank,    601 Delaware Ave,   Wilmington, DE 19801)
24246053    +Balboa Thrift & Loan,    865 Amena Ct,   Chula Vista, CA 91910-7802
24246054    +Bank of Mercedes,    P.O. Box 685,   Roanoke, TX 76262-0685
24246055    +Cba Collection Burea (Original Cred,    25954 Eden Landing Road,   Hayward, CA 94545-3837
24246058    +Cmre Finance (Original Creditor:Med,    3075 E Imperial Hw Suite 200,   Brea, CA 92821-6753
24246062     Credit Control Corp (Original Credi,    11821 Rock Landing Dr,   Newport News, VA 23606-4207
26044078    +Eddie Avakian & Artine Safarian,    c/o Law Office of A Edward Ezor,   201 S Lake Ave Ste 505,
             Pasadena, CA 91101-3092
24246063    +Faye Vasei,    16012 Promontory Place,   La Mirada, CA 90638-3471
24246066    +Innovat Col (Original Creditor:04 C,    Po Box 3500,   Tustin, CA 92781-3500
24246070    +M Leonard & Associates (Original Cr,    14520 Erwin St,   Van Nuys, CA 91411-2340
24246071    +Medicredit (Original Creditor:Medic,    1801 California Av,   Corona, CA 92881-7251
24246072    +Medicredit Corporation (Original Cr,    1801 California Ave,   Corona, CA 92881-7251
24246075    +Midland Cred (Original Creditor:Cit,    8875 Aero Dr Suite 200,   San Diego, CA 92123-2255
24246076    +Modern Adjustment Bure (Original Cr,    6226 Vineland Ave,   North Hollywood, CA 91606-3792
24246078    +Nco Financial System (Original Cred,    507 Prudential Rd,   Horsham, PA 19044-2308
24246079    +Nissan-Infinitli L,    2901 Kinwest Pkwy,   Irving, TX 75063-5816
24246080    +Onewest Bank,    6900 Beatrice Dr,   Kalamazoo, MI 49009-9559
24246081    +Penncro Associates Inc (Original Cr,    95 James Way,   Southampton, PA 18966-3847
24246082    +Portfolio,    120 Corporate Blvd, Ste 100,   Norfolk, VA 23502-4962
24246083    +Portfolio Recvry&Affil (Original Cr,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4962
24246084    +Sce,    Po Box 9004,   San Dimas, CA 91773-9004
24246085    +Shell/Citi,    Po Box 6497,   Sioux Falls, SD 57117-6497
24246086    +So Calif Edison Compan,    2131 Walnut Grove Ave,   Rosemead, CA 91770-3769
24246087    +Southland Cu,    10701 Los Alamitos Blvd,   Los Alamitos, CA 90720-2330
24246091    +Unique Ntl C (Original Creditor:Ana,    119 E. Maple Stree,   Jeffersonville, IN 47130-3439
24246093    +Wachovia Mortgage, Fsb,    4101 Wiseman Blvd # Mc-T,   San Antonio, TX 78251-4200
```

The following entities were noticed by electronic transmission on Apr 13, 2010.
```
tr           EDI: QKSNAYLOR.COM Apr 12 2010 21:33:00      Karen S Naylor,   P.O. Box 504,
             Santa Ana, CA  92702-0504
smg          EDI: CALTAX.COM Apr 12 2010 21:33:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
             Sacramento, CA  95812-2952
24246051    +EDI: AMEREXPR.COM Apr 12 2010 21:33:00      Amex,   P.O. Box 981537,   El Paso, TX 79998-1537
24246056    +EDI: CHASE.COM Apr 12 2010 21:33:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
24246057    +EDI: CHASE.COM Apr 12 2010 21:33:00      Chase,   201 N. Walnut St//Del-1027,
             Wilmington, DE 19801-2920
24246064    +EDI: HFC.COM Apr 12 2010 21:33:00      Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
24246065    +EDI: HFC.COM Apr 12 2010 21:33:00      Hsbc/Bsbuy,   Po Box 15519,   Wilmington, DE 19850-5519
24246067    +EDI: IRS.COM Apr 12 2010 21:33:00      Internal Revenue Service,   P.O. Box 9019,
             Holtsville, NY 11742-9019
24246074    +EDI: DAIMLER.COM Apr 12 2010 21:33:00      Mercedes Benz Financial,   13650 Heritage Parkway,
             Fort Worth, TX 76177-5323
                                                                                     TOTAL: 9
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           OneWest Bank, FSB
24246092     Unknown (Original Creditor:Unknown)
24246059*   +Cmre Finance (Original Creditor:Med,    3075 E Imperial Hw Suite 200,   Brea, CA 92821-6753
24246060*   +Cmre Finance (Original Creditor:Med,    3075 E Imperial Hw Suite 200,   Brea, CA 92821-6753
24246061*   +Cmre Finance (Original Creditor:Med,    3075 E Imperial Hw Suite 200,   Brea, CA 92821-6753
24246068*   +Internal Revenue Service,    P.O. Box 9019,   Holtsville, NY 11742-9019
24246069*   +Internal Revenue Service,    P.O. Box 9019,   Holtsville, NY 11742-9019
24246073*   +Medicredit Corporation (Original Cr,    1801 California Ave,   Corona, CA 92881-7251
24246077*   +Modern Adjustment Bure (Original Cr,    6226 Vineland Ave,   North Hollywood, CA 91606-3792
24246088*   +Southland Cu,    10701 Los Alamitos Blvd,   Los Alamitos, CA 90720-2330
24246089*   +Southland Cu,    10701 Los Alamitos Blvd,   Los Alamitos, CA 90720-2330
24246090*   +Southland Cu,    10701 Los Alamitos Blvd,   Los Alamitos, CA 90720-2330
                                                                                     TOTALS: 2, * 10
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0973-8          User: mwangC          Page 2 of 2          Date Rcvd: Apr 12, 2010
Case: 09-17528               Form ID: b18           Total Noticed: 43

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2010**                    **Signature:**        _Joseph Speetjens_